**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Zelouf International Corp.,** |
| **Plaintiff,** |
| **-against-** |
| **Adrianna Papell, LLC et al.,** |
| **Defendants.** |

**1:26-cv-00258 (DLC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been reassigned to Magistrate Judge Stewart D. Aaron for settlement. (Reassignment Order, docket entry dated 3/16/26.) It is hereby ORDERED that, no later than Monday, March 23, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference.

The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

DATED:     New York, New York
           March 16, 2026

_____
STEWART D. AARON
United States Magistrate Judge