UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZELOUF INTERNATIONAL CORP., Plaintiff, -v- ADRIANNA PAPELL, LLC, et al., Defendants. | 26cv258 (DLC) ORDER |

DENISE COTE, District Judge:

The complaint in this case was filed on January 15, 2026. The defendants answered on March 24. On September 3, defendants moved for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that plaintiff's opposition is due **September 25, 2026.** Defendants' reply, if any, is due **October 2, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 4, 2026

DENISE COTE
United States District Judge