# LUMORA LAW

1415 W. 22nd Street, Tower Floor, Oak Brook, Illinois 60523 · (347) 855-7876 · jon@lumora.law


September 9, 2026

The deadlines for the completion of depositions, expert discovery, summary judgment briefing (or in the alternative, the submission of the joint pretrial order) are stayed pending resolution of the defendants' motion for judgment on the pleadings. The stay does not apply to document production or responses to written discovery.

9/10/26

**BY ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Zelouf International Corp. v. Adrianna Papell, LLC, et al., No. 1:26-cv-00258 (DLC)* — Joint letter-motion to stay discovery pending decision on Defendants' motion for judgment on the pleadings

Dear Judge Cote:

We write jointly on behalf of all parties to respectfully request that discovery be stayed pending the Court's decision on the motion for judgment on the pleadings filed by defendants Adrianna Papell, LLC and Macy's, Inc. on September 3, 2026 (ECF Nos. 38–39). The parties do not seek any modification of the briefing schedule the Court entered on September 4, 2026 (ECF No. 40), and respectfully request that it remain in full force and effect.

Pursuant to Section 1.D of the Court's Individual Practices, the parties advise that under the Pretrial Scheduling Order of March 13, 2026 (ECF No. 27), fact discovery closes September 25, 2026; expert reports are due October 16, 2026; rebuttal expert disclosures are due November 6, 2026; all discovery closes November 20, 2026; and any summary judgment motion is to be served by December 18, 2026. No previous requests for adjournment or extension of these deadlines have been made to the Court, so no disposition of any previous request need be reported. All parties consent to the relief requested.

The parties request this stay because the pending motion seeks judgment on the entire Complaint. If granted in full it would resolve the case; if granted in part it would materially

narrow the claims and the scope of discovery. Four depositions are presently noticed for September 14, 16, 21 and 22, 2026; document production is ongoing; and responses to written discovery served by both sides in August are due before the motion will be fully briefed. Completing that work now would require the parties to incur substantial expense on issues the Court's decision may eliminate or reshape. A stay will conserve the resources of the parties and of the Court, and no party will be prejudiced, as the requested relief preserves all discovery as served and defers rather than forecloses it.

Accordingly, the parties jointly request that the Court enter the attached proposed Order Staying Discovery. The parties make this request in the interest of efficiency and without prejudice to any party's position on the pending motion or on the merits.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Jonathan Purow
Jonathan Purow
LUMORA LAW
Counsel for Plaintiff Zelouf International Corp.

**cc:** Sumeer Kakar, Esq., Kakar, P.C. (counsel for Adrianna Papell, LLC and Macy's, Inc.)
Robert T. Cruzen, Esq., Klarquist Sparkman, LLP (counsel for Amazon.com, Inc.)
Darren Zelouf, Esq., Zelouf Law Group PLLC

Case 1:26-cv-00258-DLC Document 43 Filed 09/10/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZELOUF INTERNATIONAL CORP., Plaintiff, -v- ADRIANNA PAPELL, LLC, et al., Defendants. | : | 26cv258 (DLC)<br>[PROPOSED] ORDER STAYING DISCOVERY |

DENISE COTE, District Judge:

Upon the joint application of the parties, and good cause appearing, it is hereby ORDERED that:

1. All remaining deadlines set forth in the Pretrial Scheduling Order dated March 13, 2026 (ECF No. 27) are STAYED pending the Court's decision on the motion for judgment on the pleadings filed September 3, 2026 (ECF Nos. 38–39).

2. The briefing schedule set forth in the Court's Order dated September 4, 2026 (ECF No. 40) remains in full force and effect. Plaintiff's opposition remains due September 25, 2026, and Defendants' reply remains due October 2, 2026.

3. All written discovery served on or before the date of this Order is preserved as served. The time to respond or object to such discovery is TOLLED, and responses shall be served within thirty (30) days after the stay is lifted.

4. The depositions noticed for September 14, 16, 21 and 22, 2026 are adjourned without date.

5. Within fourteen (14) days after the Court's decision on the pending motion, the parties shall submit a joint proposed revised scheduling order governing the remainder of pretrial proceedings.

SO ORDERED:

Dated: New York, New York
_______________, 2026

_________________________________
DENISE COTE
United States District Judge